UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL MOSS** | : | **CIVIL ACTION NO. 20-CV-01182** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [Doc. 7] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 3rd day of May, 2021.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**