UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL MOSS** | : | **CIVIL ACTION NO. 20-CV-01182** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [doc. 29] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Second Motion to Remand [doc. 14] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 20th day of July, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE